UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-60221-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v

KEVIN LECHLEITNER,

    Defendant.
_____/

## MOTION FOR DOWNWARD DEPARTURE AND INCORPORATED MEMORANDUM OF LAW

COMES NOW the Defendant, Kevin Lechleitner, by and through his undersigned counsel, and pursuant to Section 5K2.0, U.S.S.G., Title 21 USC Section 3553, respectfully requests this Honorable Court downwardly depart from the sentencing guidelines based upon a combination of factors and as grounds in support thereof states as follows:

1. Kevin Lechleitner[1] pled guilty to one Count of manufacturing in excess of 100 marijuana plants contrary to Title 21 U.S.C. Section 841(a)(1).

2. Absent the career offender designation, Kevin Lechleitner has a total offense level of 14, criminal history category 6, calling for a presumptive Guideline range of 21-27 months.

3. Based upon a combination of factors, including Kevin Lechleitner's unique circumstances, a downward departure is warranted.

4. Kevin Lechleitner has expressed extreme remorse for his conduct which led to

---

[1] Kevin Lechleitner's date of birth is October 18, 1969

9975770.1

the instant charges.

5.  Based upon the totality of the circumstances, under Title 21 U.S.C. Section 3553, a downward departure or downward variance is permitted and requested.

6.  District Courts are entitled to consider downward departures for career offenders. See *United States v. Webb*, 139 F.3d 1390, 1395 (11th Cir. 1998); *United States v. Moore*, 214 Fed. Appx. 929 (11th Cir. 2007); *United States v. Shoupe*, 35 F.3d 835, 838-839 (3rd Cir. 1994).

7.  Defendant, Kevin Lechleitner, asserts that the "lack of severity" of his prior offenses and his role in them should prompt a departure under Section 4A1.3, U.S.S.G. or a variance.

8.  A number of courts have allowed departures below the ranges set by the career offender guidelines based upon Section 4A1.3, U.S.S.G. See, e.g., *United States v. Lindia*, 82 F.3d 1154, 1164-1165 (1st Cir. 1996); *United States v. Webb, supra*; *United States v. Spencer*, 25 F.3d 1105 (DC Cir. 1994).

9.  Defendant, Kevin Lechleitner, asserts that based upon age and mitigating circumstances surrounding his predicate convictions, and the fact that his criminal history overstates his actual prior conduct, a departure is warranted. See *United States v. Collins*, 122 F.3d 1297 (10th Cir. 1997) [upholding departure based on defendant's age, infirmity and mitigating circumstances surrounding one of defendant's predicate convictions].

10. Based upon the combination of factors set forth herein, a downward departure and/or variance is necessitated.

9975770.1

WHEREFORE, based upon the foregoing grounds and authority, the Defendant, Kevin Lechleitner, respectfully requests this Honorable Court enter an Order granting a downward departure and/or variance and sentencing the Defendant below his career offender criminal level.

I HEREBY CERTIFY that on **February 6, 2012,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered for CM/ECF.

Respectfully submitted,

ARNSTEIN & LEHR LLP
200 EAST LAS OLAS BLVD.
SUITE 1700
FT. LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7007
FLORIDA BAR NO: 394688
RLRosenbaum@arnstein.com

By: _____
RICHARD L. ROSENBAUM

9975770.1